UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BILLY R. BATES,

        Plaintiff,

                                      Civil No. 07-246-HA

    v.

                                      JUDGMENT

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

Based on the record,

IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is REVERSED, and this case is REMANDED for the calculation and award of benefits to plaintiff Billy Bates.

Dated this __6__ day of March, 2008.

                                                            /s/ ANCER L. HAGGERTY
                                                             ANCER L. HAGGERTY
                                                   UNITED STATES DISTRICT JUDGE