FILED'08 JUN 05 11:00USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BILLY R. BATES,

        Plaintiff,

        Civil No. 07-246-HA

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        ORDER

        Defendant.

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $7,431.00 are awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412. No costs or expenses are awarded.

DATED this _5_ day of June, 2008.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Phyllis Burke
PHYLLIS BURKE, OSB #814597
(503) 460-3200
Attorney for Plaintiff Bates

ORDER